**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>DANA E LAVOI<br>KELLY LAVOI<br>Debtor(s) | Case No. 10-20470 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2010.

2) The plan was confirmed on 08/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/18/2012.

5) The case was completed on 06/08/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $38,171.00.

10) Amount of unsecured claims discharged without payment: $193,969.99.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $54,180.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $54,180.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,491.50 |
| Other | $14.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,005.50

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | 602.00 | 602.10 | 602.10 | 83.37 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALLYS TOTAL FITNESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANKUNITED FSB | Unsecured | 49,526.00 | NA | NA | 0.00 | 0.00 |
| BANKUNITED FSB | Secured | 495,000.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL MORTGAGE CO | Secured | 393,357.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL MORTGAGE CO | Unsecured | 41,340.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL SVC AMERIC | Secured | 22,924.00 | 22,515.83 | 22,515.83 | 22,515.83 | 2,207.50 |
| CITI CARDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 571.00 | 793.77 | 793.77 | 109.91 | 0.00 |
| DISCOVER BANK | Unsecured | 4,092.00 | 4,092.97 | 4,092.97 | 566.74 | 0.00 |
| DISCOVER BANK | Unsecured | 3,265.00 | 3,265.14 | 3,265.14 | 452.11 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 11,195.00 | 11,234.03 | 11,234.03 | 1,555.54 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,532.00 | 2,532.48 | 2,532.48 | 350.66 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 5,079.00 | 5,165.26 | 5,165.26 | 715.21 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP | Unsecured | 2,592.00 | 2,652.07 | 2,652.07 | 367.22 | 0.00 |
| FIRST AMERICAN BANK | Secured | 7,087.00 | 6,677.06 | 6,677.06 | 6,677.06 | 937.48 |
| FLEET CREDIT CARD | Unsecured | 4,569.00 | NA | NA | 0.00 | 0.00 |
| GEMB GAP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/BANANA REP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/COST PLUS WORLD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/MERVYNS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/THOMASVILLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMBD/BARE FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Unsecured | 49,998.00 | 0.00 | 50,023.03 | 6,926.51 | 0.00 |
| GREEN TREE SERVICING LLC | Secured | 49,998.00 | 50,023.03 | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY RESIDENTIAL LENDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY RESIDENTIAL LENDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IBM SOUTHEAST EMPLOYEES C U | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IBM SOUTHEAST EMPLOYEES C U | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,793.00 | 2,095.33 | 2,095.33 | 290.13 | 0.00 |
| KOHLS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 4,916.00 | 5,061.67 | 5,061.67 | 700.87 | 0.00 |
| MACYS DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 98.00 | 62.13 | 62.13 | 8.60 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 464.00 | 572.51 | 572.51 | 79.27 | 0.00 |
| RNB FIELDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB FIELDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB FIELDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB FIELDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 7,172.00 | 7,172.51 | 7,172.51 | 993.15 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TNB TARGET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 1,979.00 | 1,979.29 | 1,979.29 | 274.07 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 17,067.00 | 17,067.33 | 17,067.33 | 2,363.27 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/LIMITED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $29,192.89 | $29,192.89 | $3,144.98 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,192.89** | **$29,192.89** | **$3,144.98** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$114,371.62** | **$15,836.63** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,005.50 |
| Disbursements to Creditors | $48,174.50 |
| **TOTAL DISBURSEMENTS** : | **$54,180.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/17/2015        By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**